**Order entered October 24, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00966-CR
## No. 05-17-00967-CR

## EX PARTE TIMOTHY LEE VIDAL

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-82152-2017 & 219-82153-2107**

# ORDER

Before the Court is the State's October 20, 2017 motion for extension of time to file brief.

We **GRANT** the State's motion and **ORDER** the brief received October 20, 2017 filed as of the date of this order.

/s/    ELIZABETH LANG-MIERS
        JUSTICE